*E-FILED 08-19-2010*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EVANGELINA YASSIN

          Plaintiff(s),

v.

OCB RESTAURANT COMPANY, LLC

          Defendant(s).

CASE NO. C 10-02638 HRL

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

[Re: Docket No. 13]

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓   other requested deadline  120 days from the date of the order referring the case to ADR

Dated: 8/17/2010
                                    Attorney for Plaintiff

Dated: 8/18/10
                                    Attorney for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 19, 2010

                                                  Howard R. Lloyd
                                                  United States Magistrate Judge